# FINANCIAL DISCLOSURE REPORT

AD-10
Rev. 1/93

Report Required by the Ethics
Reform Act of 1989, Pub. L. No.
101-194. November 30, 1989
(5 U.S.C.A. App. 6, §§101-111)

| 1. Person Reporting (Last name, first, middle initial). | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'MEARA, JOHN CORBETT | United States District Court Eastern District of Michigan | 4-30-94 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time | 5. Report Type (check appropriate type): | 6. Reporting Period |
|---|---|---|
| Active | X Nomination, Date_____ ___ Initial ___ Annual ___ Final | January 1, 1993 April 30, 1994 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ |
|---|---|
| 500 Woodward Avenue Suite 4000 Detroit, Michigan 48226 | Reviewing Officer Signature _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed.* **Complete all parts, checking the NONE box for each section where you have no reportable information.** *Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Director | Michigan Opera Theatre |
| Director | Spectrum Human Services |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| _____ | None other than law firm's partnership agreement. Upon |
| _____ | confirmation, I will resign and my firm will have no further |
| _____ | financial responsibility for me. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| | (Income from the practice of law.) | |
| 1993 | Dickinson, Wright, Moon, Van Dusen & Freeman | $ 195,500 |
| 1992 | | $ 204,000 |
| 1991 | | $ 238,000 |
| | (My monthly draw is $9,000.) | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'MEARA, JOHN CORBETT | 4-30-94 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [X] NONE EXEMPT (No such reportable reimbursements or gifts) | |
| 1 Neither my wife nor I is an officer of the federal government. | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [X] NONE EXEMPT (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [X] NONE (No reportable liabilities) | | |
| 1 Other than trade debts. | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

** This AMENDMENT, dated May 4, 1994, amends parts VII, VIII and IX
of the FDR filed under date of April 30, 1994.**

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'MEARA, JOHN CORBETT | 05-04-94 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value2 Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month- Day | (3) Value2 Code2 (J-P) | (4) Gain1 Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 HR-10 Account | E | Not realized | N | T | | | | | |
| 2 HR-10 Account (S) | E | " | M | T | | | | | |
| 3 401K | E | " | M | T | | | | | |
| 4 401K (S) | E | " | M | T | | | | | |
| 5 IRA | A | " | K | T | See attached reconciliation. | | | | |
| 6 IRA (S) | A | " | K | T | See attached reconciliation. | | | | |
| 7 Merrill Lynch CMA (J) | | div. | K | T | See attached reconciliation. | | | | |
| 8 Merrill Lynch CMA (S) | | div. | N | T | See attached reconciliation. | | | | |
| 9 Merrill Lynch CMA (S) | | div. | M | T | This account did not exist in January 1993. See attached reconciliation. | | | | |
| 10 1/3 interest | | | | | | | | | |
| 11 Firm Capital Account | C | int. | L | T | | | | | |
| 12 Firm Capital Account (S) | C | int. | L | T | | | | | |
| 13 64 shares General Motors Common Stock | A | div. | J | T | | | | | |
| 14 45 shares Hillsdale County National Bank | A | div | J | W | | | | | |
| 15 Common stock | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less   B=$1,001 to $2,500   C=$2,501 to 5,000   D=$5,001 to $15,000
(See Col. B1 & D4)   E=$15,001 to $50,000   F=$50,001 to $100,000   G=$100,001 to $1,000,000   H=More than $1,000,000
2 Value Codes:   J=$15,000 or less   K=$15,001 to $50,000   L=$50,001 to $100,000   M=$100,001 to $250,000
(See Col. C1 & D3)   N=$250,001 to $500,000   O=$500,001 to $1,000,000   P=More than $1,000,000
3 Value Method Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book Value   V=Other   W=Estimated

Digitized by Google

**This AMENDMENT dated May 4, 1994, amends parts VII, VIII and IX of the FDR filed under date of April 30, 1994.**

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'MEARA, JOHN CORBETT | 05-04-94 |

## VIII.  ADDITIONAL INFORMATION or EXPLANATIONS.  (Indicate part of Report.)

Amended parts VII, VIII and IX of this report reflect changes and additions made to make this disclosure completely accurate.

My wife was travelling in Europe on business last week when the FDR was first submitted and was not readily available for consultation.

## IX.  CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____   Date _May 5, 1994_

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC  20544

Digitized by Google